Pay Stub

Page 1 of 1

  Ceridian Self-Service 

### Earnings Statement Detail

This is detail about your earnings statement. To access a check calculation worksheet, click **Calculate this Check.**

Calculate this Check

| ELEVATIONS CREDIT UNION PO BOX 9004 BOULDER, CO 80301-9004 | | CHECK NO: | A31650 |
|---|---|---|---|
| | | CHECK DATE: | 8/8/2008 |
| | | PERIOD ENDING: | 8/8/2008 |
| | | PAY FREQUENCY: | BI-WEEKLY |

| GORBET, STEVE T | ID NUMBER: 0700703120 | STATUS EXEMPT | | TAX ADJUSTMENTS: | | STATE AND LOCAL CODES | | |
|---|---|---|---|---|---|---|---|---|
| 2080 HARMONY PARK DRIV | BASE RATE: 1,884.80 | FED: SINGLE | 2 | FED: | ST: | PRI: CO | LOC1: | LOC3: |
| WESTMINSTER, CO 80234 | SSN: XXXXX7741 | ST1: S | 2 | DI/UC: | | SEC: | LOC2: | LOC4: |
| | | ST2: | | LOCAL: | | | | LOC5: |

IMPORTANT MESSAGE

| | HOURS AND EARNINGS | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION | |
|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | | Y-T-D | | | CURRENT | Y-T-D | | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | AMOUNT | AMOUNT | | |
| REGULAR | 72.00 | 1,696.32 | 1,233.50 | 29,061.26 | SO SEC TAX | 115.88 | 2,009.38 | PTO BALANCE | 101.10 |
| PAID TIME OFF | 8.00 | 188.48 | 46.50 | 1,095.54 | MEDICARE TAX | 27.09 | 469.93 | SICK BALANCE | .00 |
| RETRO PAY | .00 | .00 | .00 | 153.80 | FED INC TAX | 238.74 | 4,252.06 | VTO BALANCE | 8.00 |
| CORP. CARD | .00 | .00 | .00 | 2,049.06 | PRI-STATE TAX | 71.00 | 1,316.00 | GRP TERM LIFE | 2.31 |
| MORTGAGE INC | .00 | .00 | .00 | 285.44 | | | | | |
| TOTAL H/E | 80.00 | 1,884.80 | 1,280.00 | 32,645.10 | TOTAL TAXES | 452.71 | 8,047.37 | | |
| | PRE-TAX ITEMS | | | | AFTER-TAX ITEMS | | | CURRENT NET PAY DISTRIBUTION | |
| CIGNA HMO | | -18.16 | | -272.40 | COMMUN SHARES | 5.00 | 75.00 | C 00000100769128 | 50.00 |
| TOTAL PRE-TAX | | -18.16 | | -272.40 | | | | C 1008000213732 | 1,358.93 |
| | | | | | | | | CHECK AMOUNT | .00 |
| TOTAL | 80.00 | 1,866.64 | 1,280.00 | 32,372.70 | TOTAL PER DED | 5.00 | 75.00 | | |
| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | | | |
| CURRENT | 1,884.80 | -18.16 | 1,866.64 | 452.71 | 5.00 | 1,408.93 | | TOTAL CURRENT NET PAY | 1,408.93 |
| Y-T-D | 32,645.10 | -272.40 | 32,372.70 | 8,047.37 | 75.00 | 24,250.33 | | | |

© 2008 Ceridian Corporation. All rights reserved.

Pay Stub                                                                                      Page 1 of 1

          

Ceridian Self-Service

## Earnings Statement Detail

This is detail about your earnings statement. To access a check calculation worksheet, click **Calculate this Check**.

Calculate this Check

| ELEVATIONS CREDIT UNION | ELEVATIONS CREDIT UNION PO BOX 9004 BOULDER, CO 80301-9004 | CHECK NO: A31287 CHECK DATE: 7/25/2008 PERIOD ENDING: 7/25/2008 PAY FREQUENCY: BI-WEEKLY |
|---|---|---|
| GORBET, STEVE T 2060 HARMONY PARK DRIV WESTMINSTER, CO 80234 | ID NUMBER: 0700703129 BASE RATE: 1,964.90 SSN: XXXXX7741 | STATUS EXEMPT FED: SINGLE 2 ST1: S 2 ST2: | TAX ADJUSTMENTS: FED: ST: DI/UC: LOCAL: | STATE AND LOCAL CODES PRI: CO LOC1: LOC3: SEC: LOC2: LOC4: LOC5: |

IMPORTANT MESSAGE

| HOURS AND EARNINGS | | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION |
|---|---|---|---|---|---|---|---|---|
| | CURRENT | | Y-T-D | | | CURRENT | Y-T-D | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | AMOUNT | AMOUNT | |
| CORP. CARD | .00 | 881.25 | .00 | .00 | SO SEC TAX | 54.64 | 1,777.63 | |
| TOTAL H/E | .00 | 881.25 | .00 | .00 | MEDICARE TAX | 12.78 | 415.74 | |
| | | | | | FED INC TAX | 61.80 | 3,774.58 | |
| | | | | | PRI-STATE TAX | 25.00 | 1,174.00 | |
| | | | | | TOTAL TAXES | 154.22 | 7,141.95 | |

| PRE-TAX ITEMS | | | | AFTER-TAX ITEMS | | CURRENT NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|---|
| | | | | | | C 000001007891128 | $0.00 |
| | | | | | | C 1008000213732 | 677.03 |
| | | | | | | CHECK AMOUNT | .00 |
| TOTAL | .00 | 881.25 | .00 | 28,639.42 | | | |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | TOTAL CURRENT NET PAY | |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 881.25 | .00 | 881.25 | 154.22 | .00 | 727.03 | | |
| Y-T-D | 28,639.42 | .00 | 28,639.42 | 7,141.95 | 65.00 | 21,432.47 | | 727.03 |

© 2008 Ceridian Corporation. All rights reserved.

https://sourceselfservice2.ceridian.com/en-us/empowerment.asp?FormID=FrmPayStubOut...   8/5/2008

Pay Stub                                                                                 Page 1 of 1

   Ceridian Self-Service  

## Earnings Statement Detail

This is detail about your earnings statement. To access a check calculation worksheet, click Calculate this Check.

Calculate this Check

| ELEVATIONS CREDIT UNION | ELEVATIONS CREDIT UNION PO BOX 9004 BOULDER, CO 80301-9004 | CHECK NO: A31268 CHECK DATE: 7/25/2008 PERIOD ENDING: 7/25/2008 PAY FREQUENCY: BI-WEEKLY |
|---|---|---|
| GORBET, STEVE T 2069 HARMONY PARK DRIV WESTMINSTER, CO 80234 | ID NUMBER: 0700703129 BASE RATE: 1,884.80 SSN: XXXXX7741 | STATUS EXEMPT FED: SINGLE 2 ST1: S 2 ST2: | TAX ADJUSTMENTS: FED: ST: DI/UC: LOCAL: | STATE AND LOCAL CODES PRI: CO LOC1: LOC3: SEC: LOC2: LOC4: LOC5: |

IMPORTANT MESSAGE

| HOURS AND EARNINGS | | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION | |
|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | | Y-T-D | | | CURRENT | Y-T-D | | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | AMOUNT | AMOUNT | | |
| REGULAR | 68.00 | 1,602.08 | 1,161.50 | 27,364.84 | SO SEC TAX | 115.87 | 1,693.50 | PTO BALANCE | 102.95 |
| PAID TIME OFF | 12.00 | 282.72 | 38.50 | 907.08 | MEDICARE TAX | 27.10 | 442.84 | SICK BALANCE | .00 |
| RETRO PAY | .00 | .00 | .00 | 153.80 | FED INC TAX | 236.74 | 4,013.32 | VTO BALANCE | 6.00 |
| CORP. CARD | .00 | .00 | .00 | 2,049.08 | PRI-STATE TAX | 71.00 | 1,246.00 | GRP TERM LIFE | 2.31 |
| MORTGAGE INC | | .00 | .00 | .00 | 286.44 | | | | |
| TOTAL H/E | 80.00 | 1,884.80 | 1,200.00 | 30,769.30 | TOTAL TAXES | 452.71 | 7,594.66 | | |
| | PRE-TAX ITEMS | | | | AFTER-TAX ITEMS | | | CURRENT NET PAY DISTRIBUTION | |
| CIGNA HMO | | -18.16 | | -254.24 | COMMUN SHARES | 5.00 | 70.00 | C 000000100769128 | 50.00 |
| TOTAL PRE-TAX | | -18.16 | | -254.24 | | | | C 10090000213732 | 1,356.93 |
| | | | | | | | | CHECK AMOUNT | .00 |
| TOTAL | 80.00 | 1,866.64 | 1,200.00 | 30,506.06 | TOTAL PER DED | 5.00 | 70.00 | | |
| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | | | |
| CURRENT | 1,884.80 | -18.16 | 1,866.64 | 452.71 | 5.00 | 1,406.93 | | TOTAL CURRENT NET PAY | 1,406.93 |
| Y-T-D | 30,760.30 | -254.24 | 30,506.06 | 7,594.66 | 70.00 | 22,641.40 | | | |

© 2008 Ceridian Corporation. All rights reserved.

Pay Stub                                                                 Page 1 of 1

   ———— Ceridian Self-Service  

Home | | Help | Logout

## Earnings Statement Detail

This is detail about your earnings statement. To access a check calculation worksheet, click **Calculate this Check**.

Calculate this Check

| ELEVATIONS CREDIT UNION | ELEVATIONS CREDIT UNION<br>PO BOX 9004<br>BOULDER, CO 80301-9004 | CHECK NO: A31002<br>CHECK DATE: 7/11/2008<br>PERIOD ENDING: 7/11/2008<br>PAY FREQUENCY: BI-WEEKLY |
|---|---|---|

| GORBET, STEVE T<br>2060 HARMONY PARK DRIV<br>WESTMINSTER, CO 80234 | ID NUMBER: 0700703129<br>BASE RATE: 1,884.80<br>SSN: XXXXX7741 | STATUS EXEMPT<br>FED: SINGLE 1<br>ST1: S 1<br>ST2: | TAX ADJUSTMENTS:<br>FED: ST:<br>DI/UC:<br>LOCAL: | STATE AND LOCAL CODES<br>PRI: CO LOC1: LOC3:<br>SEC: LOC2: LOC4:<br>LOC5: |
|---|---|---|---|---|

IMPORTANT MESSAGE

| | HOURS AND EARNINGS | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION | |
|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | | Y-T-D | | | CURRENT | Y-T-D | | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | AMOUNT | AMOUNT | | |
| REGULAR | 80.00 | 1,884.80 | 1,093.50 | 25,762.86 | SO SEC TAX | 116.86 | 1,722.99 | PTO BALANCE | 106.60 |
| PAID TIME OFF | .00 | .00 | 26.50 | 624.34 | MEDICARE TAX | 27.18 | 402.06 | SICK BALANCE | .00 |
| RETRO PAY | .00 | .00 | .00 | 153.80 | FED INC TAX | 272.39 | 3,712.78 | VTO BALANCE | 8.00 |
| CORP. CARD | .00 | .00 | .00 | 1,187.81 | PRI-STATE TAX | 77.00 | 1,149.00 | GRP TERM LIFE | 2.31 |
| MORTGAGE INC | .00 | .00 | .00 | 285.44 | | | | | |
| TOTAL H/E | 80.00 | 1,884.80 | 1,120.00 | 27,994.25 | TOTAL TAXES | 492.37 | 6,987.73 | | |

| | PRE-TAX ITEMS | | | | AFTER-TAX ITEMS | | | CURRENT NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|---|---|---|
| CIGNA HMO | | -18.16 | | -236.08 | COMMUN SHARES | 5.00 | 65.00 | C 000000100769128 | 50.00 |
| TOTAL PRE-TAX | | -18.16 | | -236.08 | | | | C 100600021373a | 1,319.27 |
| | | | | | | | | CHECK AMOUNT | .00 |
| TOTAL | 80.00 | 1,866.64 | 1,120.00 | 27,758.17 | TOTAL PER DED | 5.00 | 65.00 | | |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 1,884.80 | -18.16 | 1,866.64 | 492.37 | 5.00 | 1,369.27 | TOTAL CURRENT NET PAY | 1,369.27 |
| Y-T-D | 27,994.25 | -236.08 | 27,758.17 | 6,987.73 | 65.00 | 20,705.44 | | |

© 2008 Ceridian Corporation. All rights reserved.

https://sourceselfservice2.ceridian.com/en-us/empowerment.asp?FormID=FrmPayStubOut...   8/8/2008

Pay Stub                                                                                           Page 1 of 1

  Ceridian Self-Service

## Earnings Statement Detail

This is detail about your earnings statement. To access a check calculation worksheet, click **Calculate this Check**.

Calculate this Check

|  |  | ELEVATIONS CREDIT UNION<br>PO BOX 9004<br>BOULDER, CO 80301-9004 | CHECK NO: A30775<br>CHECK DATE: 6/27/2008<br>PERIOD ENDING: 6/27/2008<br>PAY FREQUENCY : BI-WEEKLY |
|---|---|---|---|
| GORBET, STEVE T<br>2040 HARMONY PARK DRIV<br>WESTMINSTER, CO 80234 | ID NUMBER: 0700703129<br>BASE RATE: 1,884.80<br>SSN: XXXXX7741 | STATUS EXEMPT<br>FED: SINGLE  1<br>ST1: S   1<br>ST2: | TAX ADJUSTMENTS:<br>FED:     ST:<br>DI / UC:<br>LOCAL: | STATE AND LOCAL CODES<br>PRI: CO LOC1: LOC3:<br>SEC:    LOC2:  LOC4:<br>                        LOC5: |

### IMPORTANT MESSAGE

| HOURS AND EARNINGS | | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION | |
|---|---|---|---|---|---|---|---|---|---|
|  | CURRENT | | Y-T-D | | | CURRENT | Y-T-D | | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | AMOUNT | AMOUNT | | |
| REGULAR | 80.00 | 1,884.80 | 1,013.50 | 23,878.06 | SO SEC TAX | 115.87 | 1,607.11 | PTO BALANCE | 102.65 |
| PAID TIME OFF | .00 | .00 | 26.50 | 624.34 | MEDICARE TAX | 27.10 | 375.86 | SICK BALANCE | .00 |
| RETRO PAY | .00 | .00 | .00 | 153.80 |  |  |  | VTO BALANCE | 8.00 |
| CORP. CARD | .00 | .00 | .00 | 1,167.81 | FED INC TAX | 272.39 | 3,440.39 | GRP TERM LIFE | 2.31 |
| MORTGAGE INC | .00 | .00 | .00 | 285.44 | PRI-STATE TAX | 77.00 | 1,072.00 |  |  |
| TOTAL H/E | 80.00 | 1,884.80 | 1,040.00 | 26,109.45 | TOTAL TAXES | 492.36 | 6,495.36 |  |  |
|  | PRE-TAX ITEMS | | | | AFTER-TAX ITEMS | | | CURRENT NET PAY DISTRIBUTION | |
| CIGNA HMO |  | -18.16 |  | -217.92 | COMMUN SHARES | 5.00 | 60.00 | C 00000100769128 | 50.00 |
| TOTAL PRE-TAX |  | -18.16 |  | -217.92 |  |  |  | C 1008000213732 | 1,319.28 |
|  |  |  |  |  |  |  |  | CHECK AMOUNT | .00 |
| TOTAL | 80.00 | 1,866.64 | 1,040.00 | 25,891.53 | TOTAL PER DED | 5.00 | 60.00 |  |  |
|  | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |  |  |  |
| CURRENT | 1,884.80 | -18.16 | 1,866.64 | 492.36 | 5.00 | 1,369.28 | TOTAL CURRENT NET PAY | 1,369.28 |
| Y-T-D | 26,109.45 | -217.92 | 25,891.53 | 6,495.36 | 60.00 | 19,336.17 |  |  |

© 2008 Ceridian Corporation. All rights reserved.

https://sourceselfservice2.ceridian.com/en-us/empowerment.asp?FormID=FrmPayStubOut...  8/8/2008

  Ceridian Self-Service 

## Earnings Statement Detail

This is detail about your earnings statement. To access a check calculation worksheet, click **Calculate this Check**.

Calculate this Check

| | | | |
|---|---|---|---|
| ELEVATIONS CREDIT UNION | ELEVATIONS CREDIT UNION<br>PO BOX 9004<br>BOULDER, CO 80301-9004 | CHECK NO: A30554<br>CHECK DATE: 6/13/2008<br>PERIOD ENDING: 6/13/2008<br>PAY FREQUENCY: BI-WEEKLY | |

| GORBET, STEVE T | ID NUMBER: 0700703129 | STATUS EXEMPT | TAX ADJUSTMENTS: | STATE AND LOCAL CODES |
|---|---|---|---|---|
| 2060 HARMONY PARK DRIV | BASE RATE: 1,884.80 | FED: SINGLE 1 | FED: ST: | PRI: CO LOC1: LOC3: |
| WESTMINSTER, CO 80234 | SSN: XXXXX7741 | ST1: S 1 | DI / UC: | SEC: LOC2: LOC4: |
| | | ST2: | LOCAL: | LOC5: |

### IMPORTANT MESSAGE

| HOURS AND EARNINGS | | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION | |
|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | | Y-T-D | | | CURRENT | Y-T-D | | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | AMOUNT | AMOUNT | | |
| REGULAR | 72.00 | 1,696.32 | 933.50 | 21,993.26 | SO SEC TAX | 115.88 | 1,491.24 | PTO BALANCE | 96.50 |
| PAID TIME OFF | 8.00 | 188.48 | 26.50 | 624.34 | MEDICARE TAX | 27.10 | 348.76 | SICK BALANCE | .00 |
| RETRO PAY | .00 | .00 | .00 | 153.80 | FED INC TAX | 272.39 | 3,188.00 | VTO BALANCE | 8.00 |
| CORP. CARD | .00 | .00 | .00 | 1,167.81 | PRI-STATE TAX | 77.00 | 995.00 | GRP TERM LIFE | 2.31 |
| MORTGAGE INC | .00 | .00 | .00 | 285.44 | | | | | |
| TOTAL H/E | 80.00 | 1,884.80 | 960.00 | 24,224.65 | TOTAL TAXES | 492.37 | 6,003.00 | | |

| PRE-TAX ITEMS | | | AFTER-TAX ITEMS | | | CURRENT NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|---|
| CIGNA HMO | -18.16 | -199.76 | COMMUN SHARES | 5.00 | 55.00 | C 00000100769128 | 50.00 |
| TOTAL PRE-TAX | -18.16 | -199.76 | | | | C 1008000213732 | 1,319.27 |
| | | | | | | CHECK AMOUNT | .00 |
| TOTAL | 80.00 | 1,866.64 | 960.00 | 24,024.89 | TOTAL PER DED | 5.00 | 55.00 |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | | |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 1,884.80 | -18.16 | 1,866.64 | 492.37 | 5.00 | 1,369.27 | TOTAL CURRENT NET PAY | 1,369.27 |
| Y-T-D | 24,224.65 | -199.76 | 24,024.89 | 6,003.00 | 55.00 | 17,966.89 | | |

© 2008 Ceridian Corporation. All rights reserved.

https://sourceselfservice2.ceridian.com/en-us/empowerment.asp?FormID=FrmPayStubOut... 6/13/2008

**ELEVATIONS CREDIT UNION**
P.O. BOX 9004
BOULDER, CO 80301-9004

CHECK NO: A030775
CHECK DATE: 06/27/08
PERIOD ENDING: 06/27/08
PAY FREQUENCY: BIWEEKLY

GORBET, STEVE T
2060 HARMONY PARK DRIVE
WESTMINSTER, CO 80234

ID NUMBER: 0700702143
BASE RATE: 1884.80
SSN XXX-XX-7741

STATUS EXEMPT TAX ADJUSTMENTS
FED: SINGLE  01   FED:
ST1: SINGLE  01   DI/UC:
ST2:              LOCAL:

STATE AND LOCAL CODES
PRI: CO   LOC1:   LOC3:
SEC:      LOC2:   LOC4:
                  LOC5:

### IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS | Y-T-D HOURS/UNITS | EARNINGS |
|---|---|---|---|---|
| REGULAR | 80.00 | 1884.80 | 1013.50 | 23878.06 |
| PAID TIME OFF | | | 26.50 | 624.34 |
| RETRO PAY | | | | 153.80 |
| CORP. CARD | | | | 1167.81 |
| MORTGAGE INC | | | | 285.44 |
| | | | | |
| TOTAL H/E | 80.00 | 1884.80 | 1040.00 | 28109.45 |

**PRE-TAX ITEMS**

| CIGNA HMO PRE | | 18.16- | | 217.92- |
|---|---|---|---|---|
| TOTAL PRE-TAX | | 18.16- | | 217.92- |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 115.87 | 1697.11 |
| MEDICARE TAX | 27.10 | 375.88 |
| FED INC TAX | 272.39 | 3440.39 |
| PRI-STATE TAX | 77.00 | 1072.00 |

TOTAL TAXES   492.36   6495.38

**AFTER-TAX DEDUCTIONS**

| COM SHARES | 5.00 | 60.00 |
|---|---|---|

### SPECIAL INFORMATION

| GRP TERM LIFE | 2.31 |
|---|---|
| YTD GRP TERM LIFE | 29.67 |
| TO-DATE GRP TERM LIFE | 29.67 |
| PTO BALANCE | 102.85 |
| SICK BALANCE | .00 |
| YTD BALANCE | 8.00 |

**CURRENT NET PAY DISTRIBUTION**

| C 000001007B9128 | 50.00 |
|---|---|
| C 10080002137B2 | 1318.28 |
| CHECK AMOUNT | .00 |

| | CURRENT HOURS | GROSS | EARNS FRM DED | TAXABLE WAGES | LESS TAXES | LESS DEDS | CR NET PAY |
|---|---|---|---|---|---|---|---|
| CURRENT | 80.00 | 1884.80 | 18.16- | 1866.64 | 492.36 | 5.00 | 1369.28 |
| Y-T-D | | 28109.45 | 217.92- | 27891.53 | 6495.38 | 60.00 | 19336.17 |

TOTAL PER DED   5.00   60.00

TOTAL CURRENT NET PAY   1369.28

Statement Of Earnings   Detach at perforation below and keep for your records.   A Payroll Service By Ceridian

---

ELEVATIONS CREDIT UNION
P.O. BOX 9004
BOULDER, CO 80301-9004

DATE: 06-27-08   CHECK NO: A030775

YOUR ENTIRE NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW
THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

GORBET, STEVE T
2060 HARMONY PARK DRIVE
WESTMINSTER, CO 80234

**NOT NEGOTIABLE**

THE BACK OF THIS CHECK CONTAINS A SECURITYMARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITYMARK

  Ceridian Self-Service 

Home Current Items Logout About

## Earnings Statement Detail

This is detail about your earnings statement. To access a check calculation worksheet, click **Calculate this Check**.

Calculate this Check

| | | | | |
|---|---|---|---|---|
| **ELEVATIONS CREDIT UNION** | ELEVATIONS CREDIT UNION PO BOX 9004 BOULDER, CO 80301-9004 | CHECK NO: | A30340 | |
| | | CHECK DATE: | 5/30/2008 | |
| | | PERIOD ENDING: | 5/30/2008 | |
| | | PAY FREQUENCY: | BI-WEEKLY | |

| GORBET, STEVE T | ID NUMBER: 0700703129 | STATUS EXEMPT | | TAX ADJUSTMENTS: | | STATE AND LOCAL CODES | |
|---|---|---|---|---|---|---|---|
| 2060 HARMONY PARK DRIV | BASE RATE: 1,884.80 | FED: SINGLE | 1 | FED: | ST: | PRI: CO LOC1: | LOC3: |
| WESTMINSTER, CO 80234 | SSN: XXXXX7741 | ST1: S | 1 | DI / UC: | | SEC: LOC2: | LOC4: |
| | | ST2: | | LOCAL: | | | LOC5: |

**IMPORTANT MESSAGE**

| HOURS AND EARNINGS | | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION | |
|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | | Y-T-D | | | CURRENT | Y-T-D | | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | AMOUNT | AMOUNT | | |
| REGULAR | 80.00 | 1,884.80 | 861.50 | 20,296.94 | SO SEC TAX | 117.00 | 1,375.36 | PTO BALANCE | 98.35 |
| PAID TIME OFF | .00 | .00 | 18.50 | 435.86 | MEDICARE TAX | 27.37 | 321.86 | SICK BALANCE | .00 |
| RETRO PAY | .00 | .00 | .00 | 153.80 | | | | VTO BALANCE | 8.00 |
| CORP. CARD | .00 | .00 | .00 | 1,167.81 | FED INC TAX | 276.93 | 2,895.61 | GRP TERM LIFE | 2.31 |
| MORTGAGE INC | .00 | .00 | .00 | 285.44 | PRI-STATE TAX | 78.00 | 918.00 | | |
| TOTAL H/E | 80.00 | 1,884.80 | 880.00 | 22,339.85 | TOTAL TAXES | 499.30 | 5,510.63 | | |
| | PRE-TAX ITEMS | | | | AFTER-TAX ITEMS | | | CURRENT NET PAY DISTRIBUTION | |
| CIGNA HMO | | .00 | | -181.60 | COMMUN SHARES | .00 | 50.00 | C 00000100769126 | 50.00 |
| TOTAL PRE-TAX | | .00 | | -181.60 | | | | C 1008000213732 | 1,335.50 |
| | | | | | | | | CHECK AMOUNT | .00 |
| TOTAL | 80.00 | 1,884.80 | 880.00 | 22,158.25 | TOTAL PER DED | .00 | 50.00 | | |
| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | | | |
| CURRENT | 1,884.80 | .00 | 1,884.80 | 499.30 | .00 | 1,385.50 | | TOTAL CURRENT NET PAY | 1,385.50 |
| Y-T-D | 22,339.85 | -181.60 | 22,158.25 | 5,510.63 | 50.00 | 16,597.62 | | | |

© 2008 Ceridian Corporation. All rights reserved.

  Ceridian Self-Service 

## Earnings Statement Detail

This is detail about your earnings statement. To access a check calculation worksheet, click **Calculate this Check**.

Calculate this Check

| ELEVATIONS CREDIT UNION | ELEVATIONS CREDIT UNION PO BOX 9004 BOULDER, CO 80301-9004 | CHECK NO: A30122 CHECK DATE: 5/16/2008 PERIOD ENDING: 5/16/2008 PAY FREQUENCY: BI-WEEKLY |
|---|---|---|
| GORBET, STEVE T 2060 HARMONY PARK DRIV WESTMINSTER, CO 80234 | ID NUMBER: 0700703129 BASE RATE: 1,884.80 SSN: XXXXX7741 | STATUS EXEMPT FED: SINGLE  1 ST1: S  1 ST2: | TAX ADJUSTMENTS: FED: ST: DI/UC: LOCAL: | STATE AND LOCAL CODES PRI: CO LOC1: LOC3: SEC: LOC2: LOC4: LOC5: |

IMPORTANT MESSAGE

| HOURS AND EARNINGS | | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION | |
|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | | Y-T-D | | | CURRENT | Y-T-D | | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | AMOUNT | AMOUNT | | |
| REGULAR | 80.00 | 1,884.80 | 781.50 | 18,412.14 | SO SEC TAX | 115.87 | 1,258.36 | PTO BALANCE | 92.20 |
| PAID TIME OFF | .00 | .00 | 18.50 | 435.86 | MEDICARE TAX | 27.10 | 294.29 | SICK BALANCE | .00 |
| RETRO PAY | .00 | .00 | .00 | 153.80 | | | | VTO BALANCE | 8.00 |
| CORP. CARD | .00 | .00 | .00 | 1,167.81 | FED INC TAX | 272.39 | 2,618.68 | GRP TERM LIFE | 2.31 |
| MORTGAGE INC | .00 | .00 | .00 | 285.44 | PRI-STATE TAX | 77.00 | 840.00 | | |
| TOTAL H/E | 80.00 | 1,884.80 | 800.00 | 20,455.05 | TOTAL TAXES | 492.36 | 5,011.33 | | |
| | PRE-TAX ITEMS | | | | AFTER-TAX ITEMS | | | CURRENT NET PAY DISTRIBUTION | |
| CIGNA HMO | | -18.16 | | -181.60 | COMMUN SHARES | 5.00 | 50.00 | C 00000100769126 | 50.00 |
| TOTAL PRE-TAX | | -18.16 | | -181.60 | | | | C 1008000213732 | 1,319.28 |
| | | | | | | | | CHECK AMOUNT | .00 |
| TOTAL | 80.00 | 1,866.64 | 800.00 | 20,273.45 | TOTAL PER DED | 5.00 | 50.00 | | |
| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | | | |
| CURRENT | 1,884.80 | -18.16 | 1,866.64 | 492.36 | 5.00 | 1,369.28 | | TOTAL CURRENT NET PAY | 1,369.28 |
| Y-T-D | 20,455.05 | -181.60 | 20,273.45 | 5,011.33 | 50.00 | 15,212.12 | | | |

© 2008 Ceridian Corporation. All rights reserved.

Pay Stub
Page 1 of 1





Earnings Statement Detail

This is detail about your earnings statement.

Calculate this Check

| | HOURS AND EARNINGS | | | |
|---|---|---|---|---|
| | CURRENT | | Y-T-D | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS |
| REGULAR | 72.00 | 1,696.32 | 701.50 | |
| PAID TIME OFF | 8.00 | 188.48 | 18.50 | |
| RETRO PAY | .00 | .00 | .00 | |
| CORP. CARD | .00 | .00 | .00 | |
| MORTGAGE INC | .00 | .00 | .00 | |
| TOTAL H/E | 80.00 | 1,884.80 | 720.00 | |

| PRE-TAX ITEMS | |
|---|---|
| CIGNA HMO | -18.16 |
| TOTAL PRE-TAX | -18.16 |

| | | | | |
|---|---|---|---|---|
| TOTAL | 80.00 | 1,866.64 | 720.00 | |
| | GROSS | PRE-TAX | FIT TAXABLE | |
| CURRENT | 1,884.80 | -18.16 | 1,866.64 | |
| Y-T-D | 18,570.25 | -163.44 | 18,406.81 | |

GORBET, STEVE T
2060 HARMONY PARK DRIV
WESTMINSTER, CO 80234
ID NUMBER: 0700703129
BASE RATE: 1,884.80
SSN: XXXXX7741

https://sourceselfservice2.ceridian.com/

  ⎯⎯⎯⎯⎯ Ceridian Self-Service 

Home | History | Help | Logout | About

# Earnings Statement Detail

This is detail about your earnings statement. To access a check calculation worksheet, click **Calculate this Check**.

Calculate this Check

| ELEVATIONS CREDIT UNION | ELEVATIONS CREDIT UNION<br>PO BOX 9004<br>BOULDER, CO 80301-9004 | CHECK NO: A29553<br>CHECK DATE: 4/18/2008<br>PERIOD ENDING: 4/18/2008<br>PAY FREQUENCY: BI-WEEKLY |
|---|---|---|
| GORBET, STEVE T<br>2060 HARMONY PARK DRIV<br>WESTMINSTER, CO 80234 | ID NUMBER: 0700703129  STATUS EXEMPT<br>BASE RATE: 1,884.80  FED: SINGLE  1<br>SSN: XXXXX7741  ST1: S  1<br>ST2: | TAX ADJUSTMENTS:  STATE AND LOCAL CODES<br>FED:  ST:  PRI: CO LOC1:  LOC3:<br>DI/UC:  SEC:  LOC2:  LOC4:<br>LOCAL:  LOC5: |

IMPORTANT MESSAGE

| | HOURS AND EARNINGS | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION | |
|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | | Y-T-D | | | CURRENT | Y-T-D | | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | AMOUNT | AMOUNT | | |
| REGULAR | 77.50 | 1,825.90 | 629.50 | 14,831.02 | SO SEC TAX | 115.87 | 1,026.61 | PTO BALANCE | 87.90 |
| PAID TIME OFF | 2.50 | 58.90 | 10.50 | 247.38 | MEDICARE TAX | 27.10 | 240.10 | SICK BALANCE | .00 |
| RETRO PAY | .00 | .00 | .00 | 153.80 | | | | VTO BALANCE | 8.00 |
| CORP. CARD | .00 | .00 | .00 | 1,167.81 | FED INC TAX | 272.39 | 2,073.90 | GRP TERM LIFE | 2.31 |
| MORTGAGE INC | .00 | .00 | .00 | 285.44 | PRI-STATE TAX | 77.00 | 688.00 | | |
| TOTAL H/E | 80.00 | 1,884.80 | 640.00 | 16,685.45 | TOTAL TAXES | 492.36 | 4,028.61 | | |
| | PRE-TAX ITEMS | | | | AFTER-TAX ITEMS | | | CURRENT NET PAY DISTRIBUTION | |
| CIGNA HMO | | -18.16 | | -145.28 | COMMUN SHARES | 5.00 | 40.00 | C 00000100769128 | 50.00 |
| TOTAL PRE-TAX | | -18.16 | | -145.28 | | | | C 10080000213732 | 1,319.28 |
| | | | | | | | | CHECK AMOUNT | .00 |
| TOTAL | 80.00 | 1,866.64 | 640.00 | 16,540.17 | TOTAL PER DED | 5.00 | 40.00 | | |
| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | | | |
| CURRENT | 1,884.80 | -18.16 | 1,866.64 | 492.36 | 5.00 | 1,369.28 | | TOTAL CURRENT NET PAY | 1,369.28 |
| Y-T-D | 16,685.45 | -145.28 | 16,540.17 | 4,026.61 | 40.00 | 12,473.56 | | | |

© 2008 Ceridian Corporation. All rights reserved.

Pay Stub

  Ceridian Self-Service 

Home Tutorial Help Contact About

## Earnings Statement Detail

This is detail about your earnings statement. To access a check calculation worksheet, click **Calculate this Check**.

Calculate this Check

**ELEVATIONS CREDIT UNION**
PO BOX 9004
BOULDER, CO 80301-9004

CHECK NO: A29552
CHECK DATE: 4/18/2008
PERIOD ENDING: 4/18/2008
PAY FREQUENCY: BI-WEEKLY

GORBET, STEVE T
2080 HARMONY PARK DRIV
WESTMINSTER, CO 80234

ID NUMBER: 0700703129
BASE RATE: 1,884.80
SSN: XXXXX7741

STATUS EXEMPT
FED: SINGLE  1
ST1: S  1
ST2:

TAX ADJUSTMENTS:
FED:  ST:
DI / UC:
LOCAL:

STATE AND LOCAL CODES
PRI: CO LOC1:  LOC3:
SEC:  LOC2:  LOC4:
  LOC5:

### IMPORTANT MESSAGE

**HOURS AND EARNINGS**

| DESCRIPTION | CURRENT HOURS/UNITS | CURRENT EARNINGS | Y-T-D HOURS/UNITS | Y-T-D EARNINGS |
|---|---|---|---|---|
| CORP. CARD | .00 | 579.50 | .00 | .00 |
| TOTAL H/E | .00 | 579.50 | .00 | .00 |

**TAXES AND DEDUCTIONS**

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 35.93 | 910.74 |
| MEDICARE TAX | 8.41 | 213.00 |
| FED INC TAX | 36.73 | 1,801.51 |
| PRI-STATE TAX | 17.00 | 609.00 |
| TOTAL TAXES | 98.07 | 3,534.25 |

SPECIAL INFORMATION

PRE-TAX ITEMS

AFTER-TAX ITEMS

**CURRENT NET PAY DISTRIBUTION**

| | |
|---|---|
| C 00000100769126 | 50.00 |
| C 1008000213732 | 431.43 |
| CHECK AMOUNT | .00 |

| TOTAL | .00 | 579.50 | .00 | 14,673.53 |
|---|---|---|---|---|

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | |
|---|---|---|---|---|---|---|---|
| CURRENT | 579.50 | .00 | 579.50 | 98.07 | .00 | 481.43 | TOTAL CURRENT NET PAY  481.43 |
| Y-T-D | 14,673.53 | .00 | 14,673.53 | 3,534.25 | 35.00 | 11,104.28 | |

© 2008 Ceridian Corporation. All rights reserved.

https://sourceselfservice2.ceridian.com/en-us/empowerment.asp?FormID=FrmPayStubOut...  6/2/2008

  Ceridian Self-Service 

# Earnings Statement Detail

This is detail about your earnings statement. To access a check calculation worksheet, click **Calculate this Check**.

Calculate this Check

**ELEVATIONS CREDIT UNION**
ELEVATIONS CREDIT UNION
PO BOX 9004
BOULDER, CO 80301-9004

CHECK NO: A29272
CHECK DATE: 4/4/2008
PERIOD ENDING: 4/4/2008
PAY FREQUENCY: BI-WEEKLY

GORBET, STEVE T
2060 HARMONY PARK DRIV
WESTMINSTER, CO 80234

ID NUMBER: 0700703129
BASE RATE: 1,884.80
SSN: XXXXX7741

STATUS EXEMPT
FED: SINGLE 1
ST1: S 1
ST2:

TAX ADJUSTMENTS:
FED: ST:
DI / UC:
LOCAL:

STATE AND LOCAL CODES
PRI: CO LOC1: LOC3:
SEC: LOC2: LOC4:
LOC5:

IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | CURRENT EARNINGS | Y-T-D HOURS/UNITS | Y-T-D EARNINGS |
|---|---|---|---|---|
| REGULAR | 80.00 | 1,884.80 | 552.00 | 13,005.12 |
| PAID TIME OFF | .00 | .00 | 8.00 | 186.48 |
| RETRO PAY | .00 | .00 | .00 | 153.80 |
| CORP. CARD | .00 | .00 | .00 | 588.31 |
| MORTGAGE INC | .00 | .00 | .00 | 285.44 |
| TOTAL H/E | 80.00 | 1,884.80 | 560.00 | 14,221.15 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 115.87 | 874.81 |
| MEDICARE TAX | 27.10 | 204.59 |
| FED INC TAX | 272.39 | 1,764.78 |
| PRI-STATE TAX | 77.00 | 592.00 |
| TOTAL TAXES | 492.36 | 3,436.18 |

### SPECIAL INFORMATION

| | |
|---|---|
| PTO BALANCE | 84.25 |
| SICK BALANCE | .00 |
| VTO BALANCE | 8.00 |
| GRP TERM LIFE | 2.31 |

### PRE-TAX ITEMS

| | CURRENT | Y-T-D |
|---|---|---|
| CIGNA HMO | -18.16 | -127.12 |
| TOTAL PRE-TAX | -18.16 | -127.12 |

### AFTER-TAX ITEMS

| | CURRENT | Y-T-D |
|---|---|---|
| COMMUN SHARES | 5.00 | 35.00 |
| TOTAL PER DED | 5.00 | 35.00 |

### CURRENT NET PAY DISTRIBUTION

| | |
|---|---|
| C 00000100769128 | 50.00 |
| C 1008000213732 | 1,319.28 |
| CHECK AMOUNT | .00 |

| TOTAL | 80.00 | 1,866.64 | 560.00 | 14,094.03 |
|---|---|---|---|---|

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 1,884.80 | -18.16 | 1,866.64 | 492.36 | 5.00 | 1,369.28 |
| Y-T-D | 14,221.15 | -127.12 | 14,094.03 | 3,436.18 | 35.00 | 10,622.85 |

TOTAL CURRENT NET PAY    1,369.28

© 2006 Ceridian Corporation. All rights reserved.

https://sourceselfservice2.ceridian.com/en-us/empowerment.asp?FormID=FrmPayStubOut     6/2/2008

  Ceridian Self-Service 

Home Tutorial Help Logout About

## Earnings Statement Detail

This is detail about your earnings statement. To access a check calculation worksheet, click **Calculate this Check**.

Calculate this Check

| ELEVATIONS CREDIT UNION | ELEVATIONS CREDIT UNION<br>PO BOX 9004<br>BOULDER, CO 80301-9004 | CHECK NO: A29051<br>CHECK DATE: 3/21/2008<br>PERIOD ENDING: 3/21/2008<br>PAY FREQUENCY: BI-WEEKLY |
|---|---|---|

| GORBET, STEVE T<br>2060 HARMONY PARK DRIV<br>WESTMINSTER, CO 80234 | ID NUMBER: 0700703129<br>BASE RATE: 1,884.80<br>SSN: XXXXX7741 | STATUS EXEMPT<br>FED: SINGLE 1<br>ST1: S 1<br>ST2: | TAX ADJUSTMENTS:<br>FED: ST:<br>DI / UC:<br>LOCAL: | STATE AND LOCAL CODES<br>PRI: CO LOC1: LOC3:<br>SEC: LOC2: LOC4:<br>LOC5: |
|---|---|---|---|---|

IMPORTANT MESSAGE

| HOURS AND EARNINGS | | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION | |
|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | | Y-T-D | | | CURRENT | Y-T-D | | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | AMOUNT | AMOUNT | | |
| REGULAR | 72.00 | 1,696.32 | 472.00 | 11,120.32 | SO SEC TAX | 115.88 | 758.94 | PTO BALANCE | 78.10 |
| PAID TIME OFF | 8.00 | 188.48 | 8.00 | 188.48 | MEDICARE TAX | 27.10 | 177.49 | SICK BALANCE | .00 |
| RETRO PAY | .00 | .00 | .00 | 153.80 | | | | VTO BALANCE | 8.00 |
| CORP. CARD | .00 | .00 | .00 | 588.31 | FED INC TAX | 272.39 | 1,492.39 | GRP TERM LIFE | 2.31 |
| MORTGAGE INC | .00 | .00 | .00 | 285.44 | PRI-STATE TAX | 77.00 | 515.00 | | |
| TOTAL H/E | 80.00 | 1,884.80 | 480.00 | 12,336.35 | TOTAL TAXES | 492.37 | 2,943.82 | | |
| | PRE-TAX ITEMS | | | | AFTER-TAX ITEMS | | | CURRENT NET PAY DISTRIBUTION | |
| CIGNA HMO | | -18.16 | | -108.96 | COMMUN SHARES | 5.00 | 30.00 | C 000000100769128 | 50.00 |
| TOTAL PRE-TAX | | -18.16 | | -108.96 | | | | C 1008000213732 | 1,319.27 |
| | | | | | | | | CHECK AMOUNT | .00 |
| TOTAL | 80.00 | 1,866.64 | 480.00 | 12,227.39 | TOTAL PER DED | 5.00 | 30.00 | | |
| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | | | |
| CURRENT | 1,884.80 | -18.16 | 1,866.64 | 492.37 | 5.00 | 1,369.27 | | TOTAL CURRENT NET PAY | 1,369.27 |
| Y-T-D | 12,336.35 | -108.96 | 12,227.39 | 2,943.82 | 30.00 | 9,253.57 | | | |

© 2008 Ceridian Corporation. All rights reserved.

https://sourceselfservice2.ceridian.com/en-us/empowerment.asp?FormID=FrmPayStubOut... 6/2/2008

  Ceridian Self-Service 

## Earnings Statement Detail

This is detail about your earnings statement. To access a check calculation worksheet, click **Calculate this Check**.

Calculate this Check

| ELEVATIONS CREDIT UNION | ELEVATIONS CREDIT UNION PO BOX 9004 BOULDER, CO 80301-9004 | CHECK NO: A29050 <br> CHECK DATE: 3/21/2008 <br> PERIOD ENDING: 3/21/2008 <br> PAY FREQUENCY: BI-WEEKLY |
|---|---|---|

| GORBET, STEVE T | ID NUMBER: 0700703129 | STATUS EXEMPT | TAX ADJUSTMENTS: | STATE AND LOCAL CODES |
|---|---|---|---|---|
| 2060 HARMONY PARK DRIV | BASE RATE: 1,884.80 | FED: SINGLE   1 | FED:    ST: | PRI: CO LOC1:   LOC3: |
| WESTMINSTER, CO 80234 | SSN: XXXXX7741 | ST1: S   1 | DI / UC: | SEC:   LOC2:   LOC4: |
|  |  | ST2: | LOCAL: |   LOC5: |

### IMPORTANT MESSAGE

| HOURS AND EARNINGS | | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION |
|---|---|---|---|---|---|---|---|---|
| | CURRENT | | Y-T-D | | | CURRENT | Y-T-D | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | AMOUNT | AMOUNT | |
| MORTGAGE INC | .00 | 285.44 | .00 | .00 | SO SEC TAX | 17.70 | 643.06 | |
| | | | | | MEDICARE TAX | 4.14 | 150.39 | |
| TOTAL H/E | .00 | 285.44 | .00 | .00 | FED INC TAX | 4.89 | 1,220.00 | |
| | | | | | PRI-STATE TAX | 4.00 | 438.00 | |
| | | | | | TOTAL TAXES | 30.73 | 2,451.45 | |

| PRE-TAX ITEMS | | | | AFTER-TAX ITEMS | | CURRENT NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|---|
| | | | | | | C 00000100769128 | 50.00 |
| | | | | | | C 1006000213732 | 204.71 |
| | | | | | | CHECK AMOUNT | .00 |
| TOTAL | .00 | 285.44 | .00 | 10,360.75 | | | |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | |
|---|---|---|---|---|---|---|---|
| CURRENT | 285.44 | .00 | 285.44 | 30.73 | .00 | 254.71 | TOTAL CURRENT NET PAY   254.71 |
| Y-T-D | 10,360.75 | .00 | 10,360.75 | 2,451.45 | 25.00 | 7,884.30 | |

© 2008 Ceridian Corporation. All rights reserved.

  Ceridian Self-Service 

# Earnings Statement Detail

This is detail about your earnings statement. To access a check calculation worksheet, click **Calculate this Check**.

Calculate this Check

|  | ELEVATIONS CREDIT UNION | CHECK NO: | A28841 |
|---|---|---|---|
|  | PO BOX 9004 | CHECK DATE: | 3/7/2008 |
|  | BOULDER, CO 80301-9004 | PERIOD ENDING: | 3/7/2008 |
|  |  | PAY FREQUENCY: | BI-WEEKLY |

| GORBET, STEVE T | ID NUMBER: 0700703129 | STATUS EXEMPT | TAX ADJUSTMENTS: | STATE AND LOCAL CODES |
|---|---|---|---|---|
| 2060 HARMONY PARK DRIV | BASE RATE: 1,884.60 | FED: SINGLE 0 | FED: %0 ST: | PRI: CO LOC1: LOC3: |
| WESTMINSTER, CO 80234 | SSN: XXXXX7741 | ST1: S 0 | DI / UC: | SEC: LOC2: LOC4: |
|  |  | ST2: | LOCAL: | LOC5: |

IMPORTANT MESSAGE

| HOURS AND EARNINGS | | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION | |
|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | | Y-T-D | | | CURRENT | Y-T-D | | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | AMOUNT | AMOUNT | | |
| REGULAR | 80.00 | 1,884.80 | 400.00 | 9,424.00 | SO SEC TAX | 125.41 | 625.36 | PTO BALANCE | 79.95 |
| RETRO PAY | .00 | 153.80 | .00 | 153.80 | MEDICARE TAX | 29.33 | 146.25 | SICK BALANCE | .00 |
| CORP. CARD | .00 | .00 | .00 | 588.31 | FED INC TAX | .00 | 1,215.11 | VTO BALANCE | 8.00 |
| TOTAL H/E | 80.00 | 2,038.60 | 400.00 | 10,166.11 | PRI-STATE TAX | 90.00 | 434.00 | GRP TERM LIFE | 2.31 |
| | | | | | TOTAL TAXES | 244.74 | 2,420.72 | | |

| PRE-TAX ITEMS | | | AFTER-TAX ITEMS | | | CURRENT NET PAY DISTRIBUTION | |
|---|---|---|---|---|---|---|---|
| CIGNA HMO | -18.16 | -90.80 | COMMUN SHARES | 5.00 | 25.00 | C 00000100769128 | 50.00 |
| TOTAL PRE-TAX | -18.16 | -90.80 | | | | C 1008000213732 | 1,720.70 |
| | | | | | | CHECK AMOUNT | .00 |

| TOTAL | 80.00 | 2,020.44 | 400.00 | 10,075.31 | TOTAL PER DED | 5.00 | 25.00 | | |
|---|---|---|---|---|---|---|---|---|---|
| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | | | |
| CURRENT | 2,038.60 | -18.16 | 2,020.44 | 244.74 | 5.00 | 1,770.70 | TOTAL CURRENT NET PAY | | 1,770.70 |
| Y-T-D | 10,166.11 | -90.80 | 10,075.31 | 2,420.72 | 25.00 | 7,629.59 | | | |

© 2008 Ceridian Corporation. All rights reserved.

Pay Stub Page 1 of 1

  ========= Ceridian Self-Service 

## Earnings Statement Detail

This is detail about your earnings statement. To access a check calculation worksheet, click **Calculate this Check**.

Calculate this Check

| ELEVATIONS CREDIT UNION | ELEVATIONS CREDIT UNION PO BOX 9004 BOULDER, CO 80301-9004 | CHECK NO: A28630 CHECK DATE: 2/22/2008 PERIOD ENDING: 2/22/2008 PAY FREQUENCY: BI-WEEKLY |
|---|---|---|

| GORBET, STEVE T | ID NUMBER: 0700703129 | STATUS EXEMPT | TAX ADJUSTMENTS: | STATE AND LOCAL CODES |
|---|---|---|---|---|
| 2060 HARMONY PARK DRIV | BASE RATE: 1,884.80 | FED: SINGLE 1 | FED: ST: | PRI: CO LOC1: LOC3: |
| WESTMINSTER, CO 80234 | SSN: XXXXX7741 | ST1: S 1 | DI / UC: | SEC: LOC2: LOC4: |
| | | ST2: | LOCAL: | LOC5: |

### IMPORTANT MESSAGE

| HOURS AND EARNINGS | | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION | |
|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | | Y-T-D | | | CURRENT | Y-T-D | | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | AMOUNT | AMOUNT | | |
| REGULAR | 80.00 | 1,884.80 | 320.00 | 7,539.20 | SO SEC TAX | 115.87 | 499.95 | PTO BALANCE | 73.80 |
| CORP. CARD | .00 | .00 | .00 | 588.31 | MEDICARE TAX | 27.09 | 116.92 | SICK BALANCE | .00 |
| TOTAL H/E | 80.00 | 1,884.80 | 320.00 | 8,127.51 | FED INC TAX | 272.39 | 1,215.11 | VTO BALANCE | 8.00 |
| | | | | | PRI-STATE TAX | 77.00 | 344.00 | GRP TERM LIFE | 2.22 |
| | | | | | TOTAL TAXES | 492.35 | 2,175.98 | | |
| PRE-TAX ITEMS | | | | | AFTER-TAX ITEMS | | | CURRENT NET PAY DISTRIBUTION | |
| CIGNA HMO | | -18.16 | | -72.64 | COMMUN SHARES | 5.00 | 20.00 | C 103670502816 | 50.00 |
| TOTAL PRE-TAX | | -18.16 | | -72.64 | | | | C 000001007691 28 | 50.00 |
| | | | | | | | | C 1008000213732 | 1,269.29 |
| | | | | | | | | CHECK AMOUNT | .00 |
| TOTAL | 80.00 | 1,866.64 | 320.00 | 8,054.87 | TOTAL PER DED | 5.00 | 20.00 | | |
| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | | | |
| CURRENT | 1,884.80 | -18.16 | 1,866.64 | 492.35 | 5.00 | 1,369.29 | | TOTAL CURRENT NET PAY | 1,369.29 |
| Y-T-D | 8,127.51 | -72.64 | 8,054.87 | 2,175.98 | 20.00 | 5,858.89 | | | |

© 2008 Ceridian Corporation. All rights reserved.

  Ceridian Self-Service 

## Earnings Statement Detail

This is detail about your earnings statement. To access a check calculation worksheet, click **Calculate this Check**.

Calculate this Check

| ELEVATIONS CREDIT UNION | ELEVATIONS CREDIT UNION<br>PO BOX 9004<br>BOULDER, CO 80301-9004 | CHECK NO: A28423<br>CHECK DATE: 2/8/2008<br>PERIOD ENDING: 2/8/2008<br>PAY FREQUENCY: BI-WEEKLY |
|---|---|---|

| GORBET, STEVE T<br>2080 HARMONY PARK DRIV<br>WESTMINSTER, CO 80234 | ID NUMBER: 0700703129<br>BASE RATE: 1,884.80<br>SSN: XXXXX7741 | STATUS EXEMPT<br>FED: SINGLE 0<br>ST1: S 0<br>ST2: | TAX ADJUSTMENTS:<br>FED: ST:<br>DI/UC:<br>LOCAL: | STATE AND LOCAL CODES<br>PRI: CO LOC1: LOC3:<br>SEC: LOC2: LOC4:<br>LOC5: |
|---|---|---|---|---|

### IMPORTANT MESSAGE

| HOURS AND EARNINGS | | | | | TAXES AND DEDUCTIONS | | | SPECIAL INFORMATION | |
|---|---|---|---|---|---|---|---|---|---|
| | CURRENT | | Y-T-D | | | CURRENT | Y-T-D | | |
| DESCRIPTION | HOURS/UNITS | EARNINGS | HOURS/UNITS | EARNINGS | DESCRIPTION | AMOUNT | AMOUNT | | |
| REGULAR | 80.00 | 1,884.80 | 240.00 | 5,654.40 | SO SEC TAX | 115.87 | 384.08 | PTO BALANCE | 67.65 |
| CORP. CARD | .00 | .00 | .00 | 588.31 | MEDICARE TAX | 27.10 | 89.83 | SICK BALANCE | .00 |
| TOTAL H/E | 80.00 | 1,884.80 | 240.00 | 6,242.71 | FED INC TAX | 306.04 | 942.72 | VTO BALANCE | 8.00 |
| | | | | | PRI-STATE TAX | 83.00 | 267.00 | GRP TERM LIFE | 2.22 |
| | | | | | TOTAL TAXES | 532.01 | 1,683.63 | | |
| | PRE-TAX ITEMS | | | | AFTER-TAX ITEMS | | | CURRENT NET PAY DISTRIBUTION | |
| CIGNA HMO | | -18.16 | | -54.48 | COMMUN SHARES | 5.00 | 15.00 | C 103670502816 | 50.00 |
| TOTAL PRE-TAX | | -18.16 | | -54.48 | | | | C 00000100789128 | 50.00 |
| | | | | | | | | C 1008000213732 | 1,229.63 |
| | | | | | | | | CHECK AMOUNT | .00 |
| TOTAL | 80.00 | 1,866.64 | 240.00 | 6,188.23 | TOTAL PER DED | 5.00 | 15.00 | | |

| | GROSS | PRE-TAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY | |
|---|---|---|---|---|---|---|---|
| CURRENT | 1,884.80 | -18.16 | 1,866.64 | 532.01 | 5.00 | 1,329.63 | TOTAL CURRENT NET PAY 1,329.63 |
| Y-T-D | 6,242.71 | -54.48 | 6,188.23 | 1,683.63 | 15.00 | 4,489.60 | |

© 2008 Ceridian Corporation. All rights reserved.

https://sourceselfservice2.ceridian.com/en-us/empowerment.asp?FormID=FrmPayStubOut   6/2/2008