FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case #769 / b9a_7cna.jsp) (12/07)        Case Number 08−21940−ABC

**UNITED STATES BANKRUPTCY COURT**
District of Colorado

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 8/8/08.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Read All Pages of this Document for Important Information and Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Steve T Gorbet
aka Steven Thomas Gorbet
2060 Harmony Park Drive
Westminster, CO 80234

| | |
|---|---|
| Case Number:<br>08−21940−ABC | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−7741 |
| Attorney for Debtor(s) (name and address):<br>Jane M. Roberson<br>9035 Wadsworth Pkwy.<br>Ste. 1650<br>Westminster, CO 80021<br>Telephone number:  303−893−0833 | Bankruptcy Trustee (name and address):<br>David E. Lewis<br>1314 Main St.<br>Ste. 102<br>Louisville, CO 80027<br>Telephone number:  ()303−666−1217 |

**Meeting of Creditors**
Date:  **September 15, 2008**                                                    Time:  **03:30 PM**
Location:  **U.S. Custom House, 721 19th St., Room 104, Denver, CO 80202**

**Presumption of Abuse under 11 U.S.C. § 707(b)**
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

**Deadlines:**
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 11/14/08**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Creditors May Not Take Certain Actions:**
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

**Deadline to Provide Documents and Notice of Possible Dismissal:**
*For cases filed on or after October 17, 2005*

Pursuant to 11 U.S.C. §521(e)(2), Interim Bankruptcy Rule 4002 and T.L.B.R. 1017−1, no later than *seven* business days prior to the original date set for the first meeting of creditors, the debtor shall provide to the case trustee a copy of the Federal income tax return required under applicable law, or a transcript of such return, for the most recent tax year ending immediately before the commencement of the case and for which a Federal income tax return is filed, and provide the same tax information to creditors that requested a copy at least *fifteen* days prior to the meeting of creditors. The failure to comply will result in dismissal of the debtor's case unless the debtor demonstrates that the failure to so comply is due to circumstances beyond the control of the debtor. T.L.B.R. 1017−1.

Pursuant to Interim Bankruptcy Rule 4002, the debtor shall bring the meeting of creditors: 1) picture identification issued by a governmental unit, or other personal identifying information that establishes the debtor's identity and evidence of a social security number or a written statement that such documentation does not exist; 2) documents or copies or a written statement that such documentation does not exist of a) current income such as the most recent payment advice, pay stub, or earnings statement; b) statements for each of the debtor's depository (bank, credit union) and investment accounts for the time period that includes the date of the filing of the petition; and 3) documentation of

monthly expenses claimed by a debtor as required under 11 U.S.C. §707(b)(2)(A) or (B).

| **Address of the Bankruptcy Clerk's Office:**<br>US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202–2508<br>Telephone number:  720–904–7300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>s/ Bradford L. Bolton |
|---|---|
| Hours Open:  Monday – Friday 8:00 AM – 5:00 PM | Date:  8/11/08 |

## EXPLANATIONS
FORM B9A_7cna (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Appointment of Interim Trustee | The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the estate of the captioned debtor(s) and the trustee's previously–filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U. S. Trustee in writing of any rejection within five days after receipt of notice of selection. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Assets | At the meeting of creditors, the trustee may announce an intention to sell nonexempt tangible property of the estate if the aggregate gross value of all nonexempt property is less than $2,500. Any objections to said announcement must be filed in writing with the clerk and served upon the trustee within 15 days of the meeting. |

—— Refer to Other Side for Important Deadlines and Notices ——

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 1082-1           User: nguyent              Page 1 of 2           Date Rcvd: Aug 11, 2008
Case: 08-21940                 Form ID: 769               Total Served: 58

The following entities were served by first class mail on Aug 13, 2008.
db           +Steve T Gorbet,   2060 Harmony Park Drive,   Westminster, CO 80234-3798
aty          +Jane M. Roberson,   9035 Wadsworth Pkwy.,   Ste. 1650,   Westminster, CO 80021-8625
tr           +David E. Lewis,   1314 Main St.,   Ste. 102,   Louisville, CO 80027-1586
ust          +US Trustee,   999 18th St.,   Ste. 1551,   Denver, CO 80202-2415
10217397     +Acs/Brazos,   501 Bleecker St,   Utica, NV 13501-2401
10217398     +Alisha McFarland,   1499 Blake Street - #201,   Denver, CO 80202-1355
10217404     +American Honda Finance,   Po Box981439,   El Paso, TX 79998-1439
10217408     +Amex Account Review,   PO Box 981537,   El Paso, TX 79998-1537
10217409     +Amex Account Review,   PO Box 297871,   Fort Lauderdale, FL 33329-7871
10217410     +Amhonda/Gemb,   Po Box 981439,   El Paso, TX 79998-1439
10217412     +Castle Meinhold & Stawarski,   999 18th Street - #2201,   Denver, CO 80202-2402
10217417     +Colorado Attorney General,   1525 Sherman Street - #504,   Denver, CO 80203-1714
10217419     +Colorado Student Loan Program,   999 18th Sreet - #425,   Denver, CO 80202-2471
10217425     +HUD/FHA,   633 17th Street North Tower - 10th Floor,   Denver, CO 80202-3635
10217420     +Honda Finance Exchange,   PO Box 70252,   Philadelphia, PA 19176-0252
10217427      Litton Loan Serivicing,   Po Box 4387,   Houston, TX 77210-4387
10217428     +Litton Loan Servicing,   4828 Loop Central Dr,   Dallas. Tx 77081, TX 77081-2166
10217429     +M & I Bank,   770 N Water,   Milwaukee, WI 53202-3593
10217430     +M&I Bank,   PO Box 622,   Milwaukee, WI 53201-0622
10217431     +Metro Collection,   2600 S Parker Rd # 340,   Aurora, CO 80014-1642
10217432     +Metro Collection Service, LLC,   2600 South Parker Road, Bldg 4-340,   Aurora, CO 80014-1613
10217435      NMAC Bankruptcy Dept.,   PO Box 660366,   Dallas, TX 75266-0366
10217433     +Nissan Motor,   PO Box 650424,   Dallas, TX 75265-0424
10217434     +Nissan-infinity,   2901 Kinwesr,   Irving, TX 75063-5816
10217436     +Office Of Education,   Student Loan Program,   50 United Nations Plaza,
               San Francisco, CA 94102-4912
10217437     +Sallie Mae,   PO Box 9500,   Wilkes Barre, PA 18773-9500
10217439     +U S. Attorney - District Of Colorado,   Attn: Civil Process Clerk,   1225 17th Street - #700,
               Denver, CO 80202-5598
10217440      U.S. Department Of Justice,   Attn: Michael B. Mukasey - Attorney Gen.,
               950 Pennsylvania Avenue, NW,   Washington, DC 20530-0001
10217441      U.S. Department Of Justice,   District Of Columbia,   950 Pennsylvania Avenue, NW,
               Washington, DC 20530-0001
10217438     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:  U S Bank,   P.O. Box 2188,   Oshkosh, WI 54903-2188)
10217444     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:  US Bank,   Cherry Creek Office,   PO Box 790179,
               St Louise, MO 63179-0179)
10217446     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:  Us Bank,   PO Box 6352,   Fargo, ND 58125-6352)
10217443     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:  Us Bank,   Po Box 790179,   St Louis, MO 63179)
10217442     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:  Us Bank,   Po Box 790408,   St Louis, MO 63179)
10217447     +Veteran's Administration,   44 Union Blvd.,   Lakewood, CO 80228-1808
10217451     +Wells Fargo,   8480 Stagecoach,   Frederick, MD 21701-4747
10217449      Wells Fargo Financial,   P.O BOX 14547,   Des Moines, IA 50306-3547
10217450     +Wells Fargo Financial,   P.O BOX 31557,   Billings, MT 59107-1557
10217448     +Wells Fargo Financial,   PO Box 6427,   Carol Stream, IL 60197-6427
10217452     +Wells Fargo Home Mortgage,   PO Box 10335,   Des Moines, IA 50306-0335
The following entities were served by electronic transmission on Aug 12, 2008.
tr           +EDI: QDELEWIS.COM Aug 11 2008 23:08:00      David E. Lewis,   1314 Main St.,   Ste. 102,
               Louisville, CO 80027-1586
10217405      EDI: HNDA.COM Aug 11 2008 23:08:00      American Honda Finance,   1235 Old Alpharetta Road,
               Alpharetta, GA 30005
10217406      EDI: HNDA.COM Aug 11 2008 23:08:00      American Honda Finance,   PO Box 105027,
               aTLANTA, GA 30348-5027
10217407      EDI: HNDA.COM Aug 11 2008 23:08:00      American Honda Finance,   po BOX 1844,
               Alpharetta, GA 30023-1844
10217399     +EDI: AMEREXPR.COM Aug 11 2008 23:08:00      American Express,   Po Box 650448,
               Dallas, TX 75265-0448
10217403      EDI: AMEREXPR.COM Aug 11 2008 23:08:00      American Express,   Po Box 981535,
               El Paso, TX 79998-1535
10217401      EDI: AMEREXPR.COM Aug 11 2008 23:08:00      American Express,   Po Box 297804,
               Ft. Lauderdale, FL 33329-7804
10217400     +EDI: AMEREXPR.COM Aug 11 2008 23:08:00      American Express,   Po Box 297871,
               Ft Lauderdale, FL 33329-7871
10217411     +EDI: TSYS2.COM Aug 11 2008 23:08:00      Barclays Bank Delaware,   125 S West,
               Wilmington, DE 19801-5014
10217415      EDI: CHASE.COM Aug 11 2008 23:08:00      Chase,   PO Box 15298,   Wilmington, DE 19850-5298
10217416      EDI: CHASE.COM Aug 11 2008 23:08:00      Chase,   PO Box 15299,   Wilmington, DE 19850-5299
10217413     +EDI: CHASE.COM Aug 11 2008 23:08:00      Chase,   800 Brooksedge Blvd,
               Westerville, OH 43081-2822
10217414     +EDI: CHASE.COM Aug 11 2008 23:08:00      Chase,   Cardmember Servic,   PO Box 94014,
               Palatine, IL 60094-4014
10217418     +E-mail/PDF: tacbnk@spike.dor.state.co.us Aug 12 2008 02:46:19      Colorado Department Of Revenue,
               1375 Sherman Street - #504,   Denver, CO 80261-0001
10217422     +EDI: HFC.COM Aug 11 2008 23:08:00      HSBC,   PO Box 15521,   Wilmington, DE 19850-5521
10217421     +EDI: HFC.COM Aug 11 2008 23:08:00      HSBC,   PO Box 5253,   Carol Stream, IL 60197-5253
10217424     +EDI: HFC.COM Aug 11 2008 23:08:00      Hsbc/Frnrw,   Po Box 703,   Wood Dale, IL 60191-0703
10217423     +EDI: HFC.COM Aug 11 2008 23:08:00      Hsbc/frnrw,   90 Christiana Rd,
               New Castle, De 19720, DE 19720-3118
```

```
District/off: 1082-1           User: nguyent              Page 2 of 2                Date Rcvd: Aug 11, 2008
Case: 08-21940                 Form ID: 769               Total Served: 58

The following entities were served by electronic transmission (continued)
10217426       EDI: IRS.COM Aug 11 2008 23:08:00      Internal Revenue Service,   PO Box 21126,
               Philadelphia, PA 19114-0326
10217438       EDI: USBANKARS.COM Aug 11 2008 23:08:00      U S Bank,   P.O. Box 2188,   Oshkosh, WI 54903-2188
10217444       EDI: USBANKARS.COM Aug 11 2008 23:08:00      US Bank,   Cherry Creek Office,   PO Box 790179,
               St Louise, MO 63179-0179
10217446       EDI: USBANKARS.COM Aug 11 2008 23:08:00      Us Bank,   PO Box 6352,   Fargo, ND 58125-6352
10217443       EDI: USBANKARS.COM Aug 11 2008 23:08:00      Us Bank,   Po Box 790179,   St Louis, MO 63179
10217442       EDI: USBANKARS.COM Aug 11 2008 23:08:00      Us Bank,   Po Box 790408,   St Louis, MO 63179
10217449       EDI: WFFC.COM Aug 11 2008 23:08:00      Wells Fargo Financial,   P.O BOX 14547,
               Des Moines, IA 50306-3547
10217450      +EDI: WFFC.COM Aug 11 2008 23:08:00      Wells Fargo Financial,   P.O BOX 31557,
               Billings, MT 59107-1557
10217448      +EDI: WFFC.COM Aug 11 2008 23:08:00      Wells Fargo Financial,   PO Box 6427,
               Carol Stream, IL 60197-6427
10217452      +EDI: WFFC.COM Aug 11 2008 23:08:00      Wells Fargo Home Mortgage,   PO Box 10335,
               Des Moines, IA 50306-0335
                                                                                                TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10217402*      American Express,   Po Box 650448,   Dallas, TX 75265-0448
10217445*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   PO Box 790408,   St. Louis, MO 63179-0408)
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 13, 2008**                        **Signature:**         *Joseph Speetjens*