UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                                                                       Bankruptcy No. 08-21940 ABC
                                                                                             Chapter 7
STEVE T GORBET AKA STEVEN THOMAS GORBET,
Debtor.

### REQUEST TO RECEIVE NOTICES

PLEASE TAKE NOTICE that WELLS FARGO BANK, N.A. (hereinafter "Creditor") by and through its attorneys, CASTLE MEINHOLD & STAWIARSKI, LLC, requests, pursuant to Sections 102(1), 342 of the Bankruptcy Code, and Federal Rules of Bankruptcy Procedure 2002 and 9007, that all notices and all papers including orders and notices of any application, motion, petition, pleading, request, complaint or demand (1) which affect or seek to affect in any way any rights or interests of Creditor with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by creditor, required to be served in this case, be served upon the following:

CASTLE MEINHOLD & STAWIARSKI, LLC
999 18th Street, Suite 2201
Denver, CO 80202
Attn: Britney Beall-Eder, Esq.

DATED: August 15, 2008

CASTLE MEINHOLD & STAWIARSKI, LLC

*/s/ signature*

Britney Beall-Eder, #34935
Jeremy Peck, #36588
P.C. Wolf, #34797
Katharine E. Fisher #39230
Lauren R. Smith #39316
Attorneys for Movant
999 18th Street, Suite 2201
Denver, CO 80202
(303) 865-1440
(303) 865-1410 (facsimile)

ATTORNEYS FOR WELLS FARGO BANK, N.A.

File No 08-04415

In re:
STEVE T GORBET AKA STEVEN THOMAS GORBET

Case No.     08-21940 ABC

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on  8-18-08  , the foregoing **REQUEST TO RECEIVE NOTICES** was placed in the United States mail, first class postage prepaid, addressed to the following:

Steve T Gorbet aka Steven Thomas Gorbet
2060 Harmony Park Drive
Westminster, CO  80234

Jane M. Roberson, Esq.
9035 Wadsworth Parkway
Suite 1650
Westminster, CO  80021

David E. Lewis
1314 Main St.
Ste. 102
Louisville, CO  80027

File No. 08-04415