UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:
Steve T. Gorbet aka Steven Thomas Gorbet

    Debtor,

Nissan Motor Acceptance Corporation

    Movant,

vs.

Steve T. Gorbet aka Steven Thomas Gorbet
and
David E. Lewis, Trustee
    Respondents.

Bankruptcy Case No.
08-21940 abc

Chapter 7

### ORDER GRANTING RELIEF FROM STAY

    Nissan Motor Acceptance Corporation, Movant, has filed herein an application for relief from stay to take possession and control of property described as follows:

    2007 Nissan Pathfinder, Vin. #5N1AR18W47C649717

    The Court, being duly advised, and no timely response having been filed, hereby orders that the relief sought by the application should be granted, and Movant is hereby granted relief from stay in order to proceed to take possession of, by way of the appointment of a receiver and otherwise, and to foreclose on the collateral above described. This order shall be immediately effective and shall not be stayed pursuant to Bankruptcy Rule 4001(a)(3).

DATED: _____

BY THE COURT:

_____
United States Bankruptcy Judge