Certificate Number: 05701-CO-DE-005025039

Bankruptcy Case Number: 08-82194

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on September 29, 2008, at 2:51 o'clock PM MST,

STEVE T GORBET completed a course on personal financial management given by internet by

AAA Personal Finance Education

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Colorado.

Date: September 29, 2008

By /s/Katie Powers

Name Katie Powers

Title Client Care and Certificate Specialist

SEP-29-2008(MON) 14:50   ELEVATIONS CREDIT UNION   (FAX)3034436963   P.002/002