UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO
Denver Division

| | | |
|---|---|---|
| In re Steve T. Gorbet       aka Steven Thomas Gorbet | ) ) ) | |
| Debtor | ) ) | Case No. 08-21940-ABC |
| Address: 2060 Harmony Park Drive            Westminster, CO 80234 | ) ) ) | |
| | ) | Chapter 7 |
| Social Security No. xxx-xx-7741 | ) ) | |

**NOTICE OF APPEARANCE and**
**REQUEST FOR SERVICE OF NOTICES**

The undersigned, under Rule 9010(b), Federal Rules of Bankruptcy Procedure, gives notice that he appears for Tidewater Finance Company, t/a Tidewater Motor Credit and/or as Tidewater Credit Services, a person with an interest in this case.

The undersigned requests that any notice and or pleading required to be mailed or served under any one or more of Rules 2002, 9013, 9014, 7004, Federal Rules of Bankruptcy Procedure, be delivered

    By mail to:    James R. Sheeran, Esquire
                             Office of General Counsel
                             P.O. Box 13306
                             Chesapeake, VA 23325-3306

    By electronic noticing to:    tidewaterlegal@twcs.com

                                      TIDEWATER FINANCE COMPANY

                                      By   */s/ James R. Sheeran*
                                              James R. Sheeran, VSB No. 14941
                                              Matthew M. Barnes, VSB No. 48071
                                              Tidewater Finance Company
                                              6520 Indian River Road
                                              Virginia Beach, VA 23464
                                                 Phone    757-961-5512
                                                 Fax       757-579-6423

CERTIFICATE OF SERVICE

    I, the undersigned counsel for Tidewater Finance Company, certify that on October 1, 2008, copies of the foregoing Notice of Appearance and Request for Service of Notices were served electronically or by first class mail, postage prepaid, upon:

Jane M. Roberson, Esquire
9035 Wadsworth Pkwy.
Suite 1650
Westminster, CO 80021

David E. Lewis, Trustee
1314 Main Street
Suite 102
Louisville, CO 80027

U.S. Trustee
999 18th Street
Ste. 1551
Denver, CO 80202

Litton Loan Servicing, L.P.
c/o McCalla Raymer, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

Castle Meinhold & Stawiarski, LLC
999 18th Street, Suite 2201
Denver, CO 80202
Attn: Britney Beall-Eder, Esquire

                                                  */s/ James R. Sheeran*