UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:
Steve T. Gorbet aka Steven Thomas Gorbet

    Debtor,

American Honda Finance Corporation,

    Movant,

vs.

Steve T. Gorbet aka Steven Thomas Gorbet
and
David E. Lewis, Trustee
    Respondents.

Bankruptcy Case No.
08-21940 abc

Chapter 7

### MOVANT'S NON-CONTESTED CERTIFICATE REGARDING MOTION FOR RELIEF FROM STAY

On September 17, 2008, Movant, American Honda Finance Corporation, filed a motion or application pursuant to Local Bankruptcy Rule 401 entitled Motion for Relief from Stay. Movant hereby represents and shows the Court:

1. Service of the motion was timely made on all interested parties pursuant to L.B.R. 913 as is shown on the certificate of service previously filed with the motion.

2. Service of the notice was timely made on all interested parties pursuant to L.B.R. 401(a)(3), or in the manner permitted by and order of the Court, a copy of which is attached, as is shown on the certificate of service previously filed with the notice.

3. A hearing on said motion was scheduled for October 16, 2008.

4. No objections to or requests for hearing on the motion/application were received by the undersigned.

WHEREFORE, Movant prays that the Court forthwith enter an order, a form of which was submitted with the Motion for Relief from Stay, granting the requested relief.

October 13, 2008

GROSSMAN AND GROSSMAN
/s/ Alan M. Grossman
Alan M. Grossman, No. 4188
Attorneys for Movant
363 South Harlan St., Suite 280
Lakewood, CO 80226
TEL: (303) 934-1202
FAX: (303) 934-1206

Court Use Only: The undersigned deputy clerk certifies that on the date inscribed below, a check of the electronic entries on record in this matter confirms that no objections to or requests for hearing on this motion have been entered.
Dated: _____
                                                Signature of Deputy Clerk