UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                                                    Bankruptcy No. 08-21940 ABC
                                                                          Chapter 7
STEVE T GORBET,
Debtor,

WELLS FARGO BANK, N.A.,
Movant,

STEVE T GORBET, and
David E. Lewis,
the Chapter 7 Trustee,
Respondents.

---

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER**

On __9/18/08__, WELLS FARGO BANK, N.A., Movant, filed a motion pursuant to Local Bankruptcy Rule 401 entitled Motion for Relief from Automatic Stay. Movant hereby represents and shows the Court:

1. Service of the motion was timely made on all interested parties pursuant to L.B.R. 913 as is shown on the certificate of mailing previously filed with the motion.

2. Service of the notice was timely made on all interested parties pursuant to L.B.R. 401(a) as is shown on the certificate of mailing previously filed with the notice.

3. A hearing on said motion was scheduled for **October 16, 2008**.

4. No objections to the motion were received by the undersigned.

WHEREFORE, Movant respectfully requests that the Court forthwith enter an order, a form of which was submitted with the Motion, granting the requested relief.

CASTLE MEINHOLD & STAWIARSKI, LLC

_/s/ Katharine_
Britney Beall-Eder, #34935
Jeremy Peck, #36588
Katharine E. Fisher #39230
Attorneys for Movant
999 18th Street, Suite 2201
Denver, CO 80202
303-865-1440
(303) 865-1410 (facsimile)

File No. 08-04415