(COB #215 voreliefstay)(12/05)

# IN THE UNITED STATES BANKRUPTCY COURT
### District of Colorado ,
HONORABLE A. Bruce Campbell

In re:

    Steve T Gorbet

Debtor(s)

Case No.:   08−21940−ABC
Chapter:    7

SSN/TID Nos.   xxx−xx−7741

## ORDER GRANTING RELIEF FROM STAY WITH RESPECT TO PROPERTY

A motion for relief from stay, Document No.15 ,("Motion"), has been filed in the above captioned case. Movant gave notice of the Motion in accordance with L.B.R. 401 and no response was filed. Accordingly, it is

ORDERED that relief from stay is GRANTED to the Movant named in the Motion to proceed to foreclose on and/or take possession and control of the property described in the Motion; and it is

FURTHER ORDERED that Movant is authorized to attach as an exhibit to this Order a copy of the description of the property which is the subject of, and described in, the Motion.

FURTHER ORDERED that this Order is not stayed by Fed. R. Bankr. P. 4001(a)(3).

Dated:  10/16/08

BY THE COURT:
s/ A. Bruce Campbell
United States Bankruptcy Judge