UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In Re*:

Chapter 7
Case No. 08-21940-ABC

STEVE T. GORBET aka Steven Thomas Gorbet, **Debtor(s)**,

THE BANK OF NEW YORK MELLON TRUST COMPANY N.A. fka THE BANK OF NEW YORK NATIONAL TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS TRUSTEE - SURF-BC4, Successors, Assigns, Servicers, Investors and Trustees, **Movant.**

## NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

PLEASE TAKE NOTICE that THE BANK OF NEW YORK MELLON TRUST COMPANY N.A. fka THE BANK OF NEW YORK NATIONAL TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS TRUSTEE - SURF-BC4, Successors, Assigns, Servicers, Investors and Trustees, hereinafter ("*Movant*") appears herein by its counsel, Aronowitz & Ford, LLP, and requests, pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1), 342, and 1109(b) of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following: **Timothy C. Ford, Aronowitz & Ford, LLP, 1199 Bannock Street, Denver, Colorado 80204 or by electronic transmission to email address bk@aflegal.com.**

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic transmission or otherwise: (1) which affect or seek to affect in any way any rights or interests of Creditor with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment, or other conduct by Creditor.

DATED: October 23, 2008.

ARONOWITZ & FORD, LLP

*/s/ Timothy C. Ford*

Timothy C. Ford, No. 9399
1199 Bannock Street
Denver, Colorado  80204
Telephone: (303) 327-8761
Telecopier: (303) 813-1106
Email Address: bk@aflegal.com

E-FILED ORIGINAL
Date: Oct 23, 2008
Document to be
retained in file of
Timothy C. Ford.

## Certificate of Service

I hereby certify that true and correct copies of the foregoing were duly mailed, postage prepaid, in the next regularly-scheduled business-day mailing to the following:

Jane M. Roberson
9035 Wadsworth Parkway, Suite 1650
Westminster, CO 80021

David E. Lewis
Chapter 7 Trustee
1314 Main Street, Suite 102
Louisville, CO 80027

Steve T. Gorbet
2060 Harmony Park Drive
Westminster, CO 80234

/s/ *Margaret Price*