UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In Re*:

Chapter 7
Case No. 08-21940-ABC

STEVE T. GORBET aka Steven Thomas Gorbet, **Debtor(s),**

THE BANK OF NEW YORK MELLON TRUST COMPANY N.A. fka THE BANK OF NEW YORK NATIONAL TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS TRUSTEE - SURF-BC4, Successors, Assigns, Servicers, Investors and Trustees, **Movant,**

v.

STEVE T. GORBET aka Steven Thomas Gorbet and DAVID E. LEWIS, Trustee, **Respondents.**

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

UPON CONSIDERATION of the Motion For Relief From Automatic Stay of Enforcement of Lien or Security Interest of the Movant, THE BANK OF NEW YORK MELLON TRUST COMPANY N.A. fka THE BANK OF NEW YORK NATIONAL TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS TRUSTEE - SURF-BC4, Successors, Assigns, Servicers, Investors and Trustees, to foreclose on and take possession and control of property described below:

LOT 26, INDIAN MOUNTAIN FILING NO. 17, COUNTY OF PARK, STATE OF COLORADO,

commonly known as: 51 HAIDA COURT, JEFFERSON, COLORADO 80456.

The Court being duly advised, hereby finds that the Respondent(s) and the Trustee have failed to file a written response after having been duly served with the Motion for Relief From Automatic Stay of Enforcement of Lien or Security Interest filed by THE BANK OF NEW YORK MELLON TRUST COMPANY N.A. fka THE BANK OF NEW YORK NATIONAL TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS TRUSTEE - SURF-BC4, Successors, Assigns, Servicers, Investors and Trustees. It is, therefore, ORDERED that the relief sought by the application should be granted, and Movant, and its successors, assigns and servicers, are hereby granted relief from stay in order to proceed to take possession of, by way of the appointment of a receiver and otherwise, and to foreclose on the collateral described above.

All communications including but, not limited to, notices required by state law, sent by Movant in connection with proceeding against the property may be sent directly to the Debtor(s).

Rule 4001(a)(3) is not applicable and the Creditor may immediately enforce and implement this order granting relief from stay.

Dated: _____.

BY THE COURT:

_____
U.S. Bankruptcy Judge