UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

*In Re*:

STEVE T. GORBET aka Steven Thomas Gorbet, Debtor(s),

Chapter 7
Case No. 08-21940-ABC

THE BANK OF NEW YORK MELLON TRUST COMPANY N.A. fka THE BANK OF NEW YORK NATIONAL TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS TRUSTEE - SURF-BC4, Successors, Assigns, Servicers, Investors and Trustees, Movant(s).

## CERTIFICATE OF NON-CONTESTED MATTER
## AND REQUEST FOR ENTRY OF ORDER

THE BANK OF NEW YORK MELLON TRUST COMPANY N.A. fka THE BANK OF NEW YORK NATIONAL TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS TRUSTEE - SURF-BC4, Successors, Assigns, Servicers, Investors and Trustees, Movant, has heretofore filed a motion or application pursuant to Local Bankruptcy Rule 401. Movant hereby represents and shows the Court:

1. Movant filed with this Court a Motion for Relief From Automatic Stay of Enforcement of Lien or Security Interest, a Notice of Hearing, Preliminary Hearing, or Entry of Order, and Certificate of Service.

2. Service of the Motion was timely made on all interested parties pursuant to L.B.R. 913 as shown in the Certificate of Service which was previously filed with the Motion.

3. A hearing on said Motion is scheduled for November 20, 2008 at 9:00 am in Courtroom C.

4. No objections to or requests for hearing on the Motion were received by the undersigned.

WHEREFORE, Movant prays that the Court forthwith enter the Order, a form of which was submitted concurrent with the Motion, granting the requested relief.

DATED: November 14, 2008.

ARONOWITZ & FORD, LLP

/s/ *Timothy C. Ford*

Timothy C. Ford, No. 9399
1199 Bannock Street
Denver, Colorado 80204
Telephone: (303) 327-8761
Telecopier: (303) 813-1106
Email Address: bk@aflegal.com

E-FILED ORIGINAL
Date: Nov 14, 2008
Document to be retained in file of Timothy C. Ford.