(COB #215 voreliefstay)(12/05)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado ,
HONORABLE A. Bruce Campbell

In re:

    Steve T Gorbet

Debtor(s)

Case No.:    08−21940−ABC
Chapter:    7

SSN/TID Nos.    xxx−xx−7741

### ORDER GRANTING RELIEF FROM STAY WITH RESPECT TO PROPERTY

    A motion for relief from stay, Document No.29 ,("Motion"), has been filed in the above captioned case. Movant gave notice of the Motion in accordance with L.B.R. 401 and no response was filed. Accordingly, it is

    ORDERED that relief from stay is GRANTED to the Movant named in the Motion to proceed to foreclose on and/or take possession and control of the property described in the Motion; and it is

    FURTHER ORDERED that Movant is authorized to attach as an exhibit to this Order a copy of the description of the property which is the subject of, and described in, the Motion.

    FURTHER ORDERED that this Order is not stayed by Fed. R. Bankr. P. 4001(a)(3).

Dated:  11/17/08

BY THE COURT:

s/ A. Bruce Campbell
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 1082-1           User: elefanter            Page 1 of 1            Date Rcvd: Nov 17, 2008
Case: 08-21940                 Form ID: 215               Total Served: 1
```

The following entities were served by first class mail on Nov 19, 2008.
db          +Steve T Gorbet,    2060 Harmony Park Drive,    Westminster, CO 80234-3798

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 19, 2008**              **Signature:**        _Joseph Speetjens_