Form B18_7 (Official Form 18 / COB Form 177)(12/07)

# United States Bankruptcy Court

District of Colorado
Case No. **08–21940–ABC**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steve T Gorbet
   aka(s), if any will be listed on the last page.
   2060 Harmony Park Drive
   Westminster, CO 80234

Social Security No.:
   xxx–xx–7741

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                                         BY THE COURT

Dated: <u>11/26/08</u>                                           <u>s/ A. Bruce Campbell</u>
                                                                         United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18_7 continued (12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**Aliases Page**

**Debtor aka(s):**

aka Steven Thomas Gorbet

# CERTIFICATE OF NOTICE

```
District/off: 1082-1           User: odenbachd              Page 1 of 2                   Date Rcvd: Nov 26, 2008
Case: 08-21940                 Form ID: 177                 Total Served: 58

The following entities were served by first class mail on Nov 28, 2008.
db          +Steve T Gorbet,    2060 Harmony Park Drive,    Westminster, CO 80234-3798
tr          +David E. Lewis,    1314 Main St.,    Ste. 102,    Louisville, CO 80027-1586
10217397    +Acs/Brazos,    501 Bleecker St,    Utica, NV 13501-2401
10217398    +Alisha McFarland,    1499 Blake Street - #201,    Denver, CO 80202-1355
10217404    +American Honda Finance,    Po Box981439,    El Paso, TX 79998-1439
10217409    +Amex Account Review,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
10217408    +Amex Account Review,    PO Box 981537,    El Paso, TX 79998-1537
10217410    +Amhonda/Gemb,    Po Box 981439,    El Paso, TX 79998-1439
10217412    +Castle Meinhold & Stawarski,    999 18th Street - #2201,    Denver, CO 80202-2402
10217417    +Colorado Attorney General,    1525 Sherman Street - #504,    Denver, CO 80203-1714
10217418    +Colorado Department Of Revenue,    1375 Sherman Street - #504,    Denver, CO 80261-0001
10217419    +Colorado Student Loan Program,    999 18th Sreet - #425,    Denver, CO 80202-2471
10217425    +HUD/FHA,    633 17th Street North Tower - 10th Floor,    Denver, CO 80202-3635
10217420    +Honda Finance Exchange,    PO Box 70252,    Philadelphia, PA 19176-0252
10217427     Litton Loan Serivicing,    Po Box 4387,    Houston, TX 77210-4387
10217428    +Litton Loan Servicing,    4828 Loop Central Dr,    Dallas. Tx 77081,    TX 77081-2166
10247367    +Litton Loan Servicing, L.P.,    c/o McCALLA RAYMER, LLC,    Bankruptcy Department,
              1544 Old Alabama Road,    Roswell, Georgia 30076-2102
10217429    +M & I Bank,    770 N Water,    Milwaukee, WI 53202-3593
10217430    +M&I Bank,    PO Box 622,    Milwaukee, WI 53201-0622
10217431    +Metro Collection,    2600 S Parker Rd # 340,    Aurora, CO 80014-1642
10217432    +Metro Collection Service, LLC,    2600 South Parker Road, Bldg 4-340,    Aurora, CO 80014-1613
10217435     NMAC Bankruptcy Dept.,    PO Box 660366,    Dallas, TX 75266-0366
10217433    +Nissan Motor,    PO Box 650424,    Dallas, TX 75265-0424
10217434    +Nissan-infinity,    2901 Kinwesr,    Irving, TX 75063-5816
10217436    +Office Of Education,    Student Loan Program,    50 United Nations Plaza,
              San Francisco, CA 94102-4912
10217437    +Sallie Mae,    PO Box 9500,    Wilkes Barre, PA 18773-9500
10217439    +U S. Attorney - District Of Colorado,    Attn: Civil Process Clerk,    1225 17th Street - #700,
              Denver, CO 80202-5598
10217441     U.S. Department Of Justice,    District Of Columbia,    950 Pennsylvania Avenue, NW,
              Washington, DC 20530-0001
10217440     U.S. Department Of Justice,    Attn: Michael B. Mukasey - Attorney Gen.,
              950 Pennsylvania Avenue, NW,    Washington, DC 20530-0001
10217438   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  U S Bank,    P.O. Box 2188,    Oshkosh, WI 54903-2188)
10217444   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US Bank,    Cherry Creek Office,    PO Box 790179,
              St Louise, MO 63179-0179)
10217446   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  Us Bank,    PO Box 6352,    Fargo, ND 58125-6352)
10217443   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  Us Bank,    Po Box 790179,    St Louis, MO 63179)
10217442   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  Us Bank,    Po Box 790408,    St Louis, MO 63179)
10217447    +Veteran's Administration,    44 Union Blvd.,    Lakewood, CO 80228-1808
10217451    +Wells Fargo,    8480 Stagecoach,    Frederick, MD 21701-4747
10217449     Wells Fargo Financial,    P.O BOX 14547,    Des Moines, IA 50306-3547
10217450    +Wells Fargo Financial,    P.O BOX 31557,    Billings, MT 59107-1557
10217448    +Wells Fargo Financial,    PO Box 6427,    Carol Stream, IL 60197-6427
10217452    +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335

The following entities were served by electronic transmission on Nov 27, 2008.
tr          +EDI: QDELEWIS.COM Nov 26 2008 22:43:00      David E. Lewis,    1314 Main St.,    Ste. 102,
              Louisville, CO 80027-1586
intp         E-mail/PDF: TidewaterLegalEBN@twcs.com Nov 27 2008 01:46:34      Tidewater Motor Credit,
              P.O. Box 13306,    Cheseapeake, VA  23325
10217405     EDI: HNDA.COM Nov 26 2008 22:43:00      American Honda Finance,    1235 Old Alpharetta Road,
              Alpharetta, GA 30005
10217406     EDI: HNDA.COM Nov 26 2008 22:43:00      American Honda Finance,    PO Box 105027,
              aTLANTA, GA 30348-5027
10217407     EDI: HNDA.COM Nov 26 2008 22:43:00      American Honda Finance,    po BOX 1844,
              Alpharetta, GA 30023-1844
10217399    +EDI: AMEREXPR.COM Nov 26 2008 22:43:00      American Express,    Po Box 650448,
              Dallas, TX 75265-0448
10217403     EDI: AMEREXPR.COM Nov 26 2008 22:43:00      American Express,    Po Box 981535,
              El Paso, TX 79998-1535
10217401     EDI: AMEREXPR.COM Nov 26 2008 22:43:00      American Express,    Po Box 297804,
              Ft. Lauderdale, FL 33329-7804
10217400    +EDI: AMEREXPR.COM Nov 26 2008 22:43:00      American Express,    Po Box 297871,
              Ft Lauderdale, FL 33329-7871
10217411    +EDI: TSYS2.COM Nov 26 2008 22:43:00      Barclays Bank Delaware,    125 S West,
              Wilmington, DE 19801-5014
10217414    +EDI: CHASE.COM Nov 26 2008 22:43:00      Chase,    Cardmember Servic,    PO Box 94014,
              Palatine, IL 60094-4014
10217415     EDI: CHASE.COM Nov 26 2008 22:43:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
10217416     EDI: CHASE.COM Nov 26 2008 22:43:00      Chase,    PO Box 15299,    Wilmington, DE 19850-5299
10217413    +EDI: CHASE.COM Nov 26 2008 22:43:00      Chase,    800 Brooksedge Blvd,
              Westerville, OH 43081-2822
10217422    +EDI: HFC.COM Nov 26 2008 22:43:00      HSBC,    PO Box 15521,    Wilmington, DE 19850-5521
10217421    +EDI: HFC.COM Nov 26 2008 22:43:00      HSBC,    PO Box 5253,    Carol Stream, IL 60197-5253
10217424    +EDI: HFC.COM Nov 26 2008 22:43:00      Hsbc/Frnrw,    Po Box 703,    Wood Dale, IL 60191-0703
```

```
District/off: 1082-1          User: odenbachd              Page 2 of 2                 Date Rcvd: Nov 26, 2008
Case: 08-21940                Form ID: 177                 Total Served: 58

The following entities were served by electronic transmission (continued)
10217423     +EDI: HFC.COM Nov 26 2008 22:43:00      Hsbc/frnrw,   90 Christiana Rd,
              New Castle, De 19720, DE 19720-3118
10217426      EDI: IRS.COM Nov 26 2008 22:43:00      Internal Revenue Service,   PO Box 21126,
              Philadelphia, PA 19114-0326
10217438      EDI: USBANKARS.COM Nov 26 2008 22:43:00       U S Bank,   P.O. Box 2188,   Oshkosh, WI 54903-2188
10217444      EDI: USBANKARS.COM Nov 26 2008 22:43:00       US Bank,   Cherry Creek Office,   PO Box 790179,
              St Louise, MO 63179-0179
10217446      EDI: USBANKARS.COM Nov 26 2008 22:43:00       Us Bank,   PO Box 6352,   Fargo, ND 58125-6352
10217443      EDI: USBANKARS.COM Nov 26 2008 22:43:00       Us Bank,   Po Box 790179,   St Louis, MO 63179
10217442      EDI: USBANKARS.COM Nov 26 2008 22:43:00       Us Bank,   Po Box 790408,   St Louis, MO 63179
10217449      EDI: WFFC.COM Nov 26 2008 22:43:00     Wells Fargo Financial,   P.O BOX 14547,
              Des Moines, IA 50306-3547
10217450     +EDI: WFFC.COM Nov 26 2008 22:43:00     Wells Fargo Financial,   P.O BOX 31557,
              Billings, MT 59107-1557
10217448     +EDI: WFFC.COM Nov 26 2008 22:43:00     Wells Fargo Financial,   PO Box 6427,
              Carol Stream, IL 60197-6427
10217452     +EDI: WFFC.COM Nov 26 2008 22:43:00     Wells Fargo Home Mortgage,   PO Box 10335,
              Des Moines, IA 50306-0335
                                                                                                TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            American Honda Finance Corp.
cr            Nissan Motor Acceptance Corporation
cr            The Bank of New York Mellon Trust Company N.A. fka
cr            Wells Fargo Bank, N.A.
10217402*     American Express,   Po Box 650448,   Dallas, TX 75265-0448
10217445*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:  US Bank,   PO Box 790408,   St. Louis, MO 63179-0408)
                                                                                              TOTALS: 4, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 28, 2008**                    **Signature:**     _Joseph Speetjens_